UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER REGULES and
DANA HOPE REGULES,

          Debtors.
_____/

NO. CIV. S-08-985 LKK/GGH

PREM DHAWAN,
Trustee in Bankruptcy,

          Plaintiff,

    v.

MIGUEL V. REGULES and
MARTHA ELVIA REGULES,

          Defendants.
_____/

O R D E R

    Defendants have filed a motion to withdraw the reference of this adversary proceeding to the bankruptcy court. Where there is a right to a jury trial, a bankruptcy judge may conduct a jury trial only upon the express consent of all the parties. See 28 U.S.C. § 157(e). Here, defendants are entitled to a jury trial in this proceeding, as plaintiffs have alleged a claim for fraudulent transfer. See Granfinanciera, S.A. v. Nordberg, 492 U.S. 33, 36 (1989) (holding that the Seventh Amendment guarantees the right to

1  a jury trial in an action for fraudulent transfer).  Furthermore,
2  defendants have timely demanded a jury trial, and they have
3  declined to consent to a jury trial before the bankruptcy judge.
4  Plaintiffs have filed a statement of non-opposition to the motion.
5       Upon reviewing the motion, the court orders as follows:
6       1. The motion to withdraw the reference is GRANTED; and
7       2. A status conference is SET for June 23, 2008 at 11:00 a.m.
8  The parties shall file status reports by June 13, 2008.
9       IT IS SO ORDERED.
10      DATED:  June 2, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2