UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER REGULES and
DANA HOPE REGULES,

        Debtors.
_____/

PREM DHAWAN,
Trustee in Bankruptcy,

        Plaintiff,

   v.

MIGUEL V. REGULES and
MARTHA ELVIA REGULES,

        Defendants.
_____/

NO. CIV. S-08-985 LKK/GGH

O R D E R

    A status conference was held in chambers on June 23, 2008. After hearing, the court orders as follows:

    1.   The pretrial conference is hereby SET for September 15, 2008 at 1:30 p.m.

    2.   Jury trial is SET for December 9, 2008 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED: June 24, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1