```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


CHRISTOPHER REGULES and
DANA HOPE REGULES,

                                           NO. CIV. S-08-985 LKK/JFM
          Debtors.
_____/
PREM DHAWAN,
Trustee in Bankruptcy,

          Plaintiff,                               O R D E R

     v.

MIGUEL V. REGULES and
MARTHA ELVIA REGULES,

          Defendants.
_____/
```

The attorney for defendants, W. Austin Cooper, has informed the court that he may seek leave to withdraw as counsel. Any such motion must be filed with the court no later than September 22, 2008. After that date, the court will not consider a request by counsel to withdraw.

IT IS SO ORDERED.

DATED:  September 17, 2008.



LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com