UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER REGULES and
DANA HOPE REGULES,

                                         NO. CIV. S-08-985 LKK/GGH

       Debtors.

_____/

PREM DHAWAN,
Trustee in Bankruptcy,

       Plaintiff,                     O R D E R

   v.

MIGUEL V. REGULES and
MARTHA ELVIA REGULES,

       Defendants.

_____/

    This court's order of November 5, 2008 granted defendants'
counsel's motion to withdraw.  In light of this withdrawal, the
pretrial conference is RESCHEDULED to January 12, 2009 at 3:00 p.m.
Trial is RESCHEDULED to April 14, 2009 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED:  November 6, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1