```
                     UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


CHRISTOPHER REGULES and
DANA HOPE REGULES,

                                         NO. CIV. S-08-985 LKK/GGH
          Debtors.
_____/
PREM DHAWAN,
Trustee in Bankruptcy,

          Plaintiff,                          O R D E R

     v.

MIGUEL V. REGULES and
MARTHA ELVIA REGULES,

          Defendants.
_____/
```

On January 12, 2009, the court held a pretrial conference in this matter. Defendants and counsel for plaintiff appeared. Based on the representations made by the parties at the conference, the court ORDERS as follows:

1. Defendants SHALL file a pretrial statement not later than two (2) weeks from the date of this order. The pretrial statement shall be in the form and possess the contents described in Eastern District of California

1

1         Local Rule 16-281(b).

2   2.   The pretrial conference is RESET to February 9, 2009 at

3         2:30 p.m.

4 IT IS SO ORDERED.

5 DATED:  January 13, 2009.

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```