UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER REGULES and
DANA HOPE REGULES,

        NO. CIV. S-08-985 LKK/GGH

    Debtors.
_____/
PREM DHAWAN,
Trustee in Bankruptcy,

    Plaintiff,                       <u>O R D E R</u>

    v.

MIGUEL V. REGULES and
MARTHA ELVIA REGULES,

    Defendants.
_____/

    Defendants Miguel Regules and Martha Elvia Regules, proceeding without counsel, have filed a timely request for an extension of time for filing objections and corrections to the pretrial order. The court GRANTS this request.

    Accordingly, the corrections and notice of exhibits filed on March 3, 2009 (dated February 26, 2009) will be accepted as timely. Plaintiff is granted five days from the date of this order to respond to defendants' objections.

1

1    As a separate matter, defendants filed two copies of their
2 objections and exhibit list.  These are identical, except for item
3 21 on the list of exhibits.  On one copy, item 21 reads
4 "Depositions from Debtors, Miguel V. Regules and Martha Elvia
5 Regules Chistopher and Dana Regules."  The second copy omits
6 "Christopher and Dana Regules."  Both versions therefore purport
7 to introduce depositions of defendants themselves.  Defendants are
8 not permitted to introduce their own depositions.  Defendants are
9 INSTRUCTED to clarify for the court and plaintiff whether they wish
10 to introduce the depositions of Christopher and Dana Regules.
11    IT IS SO ORDERED.
12    DATED: March 9, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2