UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER REGULES and
DANA HOPE REGULES,

       Debtors.
_____/
PREM DHAWAN,
Trustee in Bankruptcy,

       Plaintiff,

  v.

MIGUEL V. REGULES and
MARTHA ELVIA REGULES,

       Defendants.
_____/

NO. CIV. S-08-985 LKK/GGH

O R D E R

Defendants Miguel V. Regules and Martha Elvia Regules have submitted a list of 21 exhibits they intend to use at trial. However, plaintiff states that defendants have not provided plaintiff with copies of these exhibits. Defendants must provide plaintiff with copies of each of these exhibits, as stated in this court's tentative pretrial conference order. As the original deadline for providing these copies was February 27, 2009, defendants must now provide these copies forthwith. A failure to

do so will result in their exclusion.

The court is also in receipt of plaintiff's expected objections to these exhibits. These objections will be considered either with motions in limine or at trial.

IT IS SO ORDERED.

DATED: March 27, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT