UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER REGULES and
DANA HOPE REGULES,

        Debtors.
_____/

PREM DHAWAN,
Trustee in Bankruptcy,

        Plaintiff,

  v.

MIGUEL V. REGULES and
MARTHA ELVIA REGULES,

        Defendants.
_____/

NO. CIV. S-08-985 LKK/GGH

O R D E R

This is a bankruptcy proceeding against defendants Miguel and Martha Regules. Trial is currently scheduled for April 14, 2009. Several issues are pending.

First, defendants, proceeding pro se, have requested that trial be postponed for eight weeks on account of defendant Miguel Regules's illness. Plaintiff opposes the delay, on the ground that defendants have repeatedly delayed trial already. Plaintiff "recognizes that the court will probably grant the postponement,"

1

but wants to register an objection now, in the hopes that this will avoid additional delays. For example, plaintiff worries that if a postponement is granted, as the postponed date approaches, defendants will hire counsel and then seek a further postponement. Having noted these objections, the court grants defendants' request. Trial is postponed to June 9, 2009 at 10:30 a.m.

Second, defendants apparently have not provided copies of their exhibits to plaintiff. Plaintiff objects to introduction of defendants' exhibits on this ground. A separate order instructing defendants to provide plaintiff with copies of the exhibits has been issued.

Plaintiff requests that the trial be rescheduled from five days to two plus one for jury selection. The court leaves the pretrial order as issued.

IT IS SO ORDERED.

DATED: March 27, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT