UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER REGULES and
DANA HOPE REGULES,

          NO. CIV. S-08-985 LKK/GGH

    Debtors.
_____/
PREM DHAWAN,
Trustee in Bankruptcy,

    Plaintiff,                                <u>O R D E R</u>

    v.

MIGUEL V. REGULES and
MARTHA ELVIA REGULES,

    Defendants.
_____/

    This case originated in the Bankruptcy Court of the Eastern District of California. On May 6, 2008, the defendants Miguel Regules and Martha Regules moved to withdraw the reference to the Bankruptcy Court on the grounds that their jury trial demand required that the trial be conducted in the district court. The court granted the motion on this basis. Presently, the trial is set for June 9, 2009.

    Defendants have now filed a statement withdrawing their

1

request for a jury trial and requesting reference to the Bankruptcy Court. The court is not inclined to view this request favorably, as it raises the appearance of being a mere tactic to delay the trial date, which defendants have succeeded in doing twice before, in addition to having failed to comply with other of the court's orders. The court has little patience for parties who display disrespect towards the court's and the opposing party's time and work expended, and such abuses may be grounds for sanctions.

Nevertheless, given the Bankruptcy Court's greater expertise in the issues raised in this case and because the reference was withdrawn based on a jury trial demand that is no longer sought, the court finds that the interests of justice are best served by referring the case again to the Bankruptcy Court.

Accordingly, defendants request for reinstatement of the reference to the Bankruptcy Court is GRANTED. The matter is REFERRED to Hon. Christopher Klein of the United States Bankruptcy Court of the Eastern District of California. The court, however, will not entertain another request for withdrawal based on a request for a jury trial.

IT IS SO ORDERED.

DATED:  June 2, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT